IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **VICTOR HASSINE, SAMUEL HASSINE,** | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 03-212E |
| | ) | |
| vs. | ) | |
| | ) | |
| **LT. LARRY SHERMAN and SECRETARY JEFFREY BEARD,** in their official capacities, | ) | **Judge McLaughlin**<br>**Magistrate Judge Baxter** |
| | ) | |
| Defendants. | ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2005 upon consideration of Motion for Extension, it is hereby ORDERED, that said motion is GRANTED. Discovery will close October 30, 2005.

BY THE COURT:

_____
Susan Paradise Baxter
United States Magistrate Judge