IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR HASSINE, SAMUEL HASSINE, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 03-212E |
| vs. | ) ) | |
| LT. LARRY SHERMAN and SECRETARY JEFFREY BEARD, in their official capacities, | ) ) ) ) | Judge McLaughlin Magistrate Judge Baxter |
| Defendants. | ) | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2005 upon consideration of Motion for Extension, it is hereby ORDERED, that said motion is GRANTED. Discovery will close December 31, 2005.

BY THE COURT:

_____
Susan Paradise Baxter
United States Magistrate Judge