IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR HASSINE, a Pennsylvania Department of Corrections inmate, and SAMUEL HASSINE, father of Victor Hassine,<br><br>     Plaintiffs,<br><br>   v.<br><br>LT. LARRY SHERMAN and SECRETARY JEFFREY BEARD, in their official capacities,<br><br>     Defendants. | C.A. 03-212 E |

## DISMISSAL WITH PREJUDICE

The plaintiffs in this lawsuit, Victor Hassine and Samuel Hassine, hereby authorize the dismissal of this case with prejudice.

                Respectfully submitted,

Dated: November 29, 2005     /s/Jere Krakoff
                     Jere Krakoff
                     PA I.D. No. 13701
                     1705 Allegheny Building
                     Pittsburgh, PA 15219
                     (412) 232-0276

                     *Attorney for Plaintiffs*