## **CERTIFICATE OF SERVICE**

I certify that a copy of the attached dismissal with prejudice was delivered today via facsimile to defense counsel, Craig Maravich, Deputy Attorney General, Office of the Attorney General, 6th floor Manor Complex, 564 Forbes Avenue, Pittsburgh, PA  15219.

Dated:  November 29, 2005                         /s/Jere Krakoff
                                                                   Jere Krakoff