IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTOR HASSINE, a Pennsylvania Department of Corrections inmate, and SAMUEL HASSINE, father of Victor Hassine, <br>     Plaintiffs, <br><br> Vs. <br><br> LT. LARRY SHERMAN and SECRETARY JEFFREY BEARD, in their official Capacities, <br>     Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 03-212 Erie |

**O R D E R**

AND NOW, to with, this 29th day of November, 2005, the Plaintiff having filed with the Court a Stipulation of Dismissal

IT IS HEREBY ORDERED that this case is closed with prejudice.

                                                S/Sean J. McLaughlin
                                                Sean J. McLaughlin
                                                United States District Judge

cc: all parties of record